JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: INTEL CORP. MICROPROCESSOR
ANTITRUST LITIGATION
Beth Fink v. Intel Corp., D. Nebraska, )
C.A. No. 8:08-6                        )         MDL No. 1717

8:08cv6

## CONDITIONAL TRANSFER ORDER (CTO-3)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 403 F.Supp.2d 1356 (J.P.M.L. 2005). Since that time, 24 additional actions have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 11 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

08 FEB 14 PM 1:21
OFFICE OF THE CLERK
U.S. DISTRICT COURT
FILED DISTRICT OF NEBRASKA

IN RE: INTEL CORP. MICROPROCESSOR
ANTITRUST LITIGATION

MDL No. 1717

## INVOLVED COUNSEL LIST (CTO-3)

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807

Stephen D. Mossman
MATTSON RICKETTS LAW FIRM
134 South 13th Street
Suite 1200
Lincoln, NE 68508-1901